IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTICSPLANET, INC., | ) |
|       Plaintiff/ Counterdefendant, | ) ) ) ) |
| v. | )   No. 09 C 7934 |
| OPTICSALE, INC., et al., | ) ) ) |
|       Defendants/ Counterplaintiffs. | ) ) |

ORDER

This cause has come on to be heard on February 21, 2012 on the motion by defendants-counterplaintiffs AKYR Enterprises, Inc. ("AKYR") and Ilya Beyrak ("Beyrak") to withdraw their Crossclaim against Alexander Ostrovsky ("Ostrovsky") and OpticSale, Inc. ("OpticSale"), and this Court is fully advised in the premises. It is hereby ordered that:

    1. the motion by AKYR and Beyrak to withdraw their Crossclaim against Ostrovsky and OpticSale instanter is granted without prejudice; and

    2. if AKYR or Beyrak or both seek to file a future Crossclaim against Ostrovsky or OpticSale or both, that party or those parties must first seek leave of this Court.

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: February 27, 2012